OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 787

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL 10. 2015.

**7/8/2015
PROPER, JOEY SHANE**          Tr. Ct. No.                    **WR-35,475-1?**

This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

JOEY SHANE PROPER
DALLAS COUNTY JAIL

⊔ ⊤F

# RETURN TO SENDER
# NOT IN DALLAS COUNTY JAIL